Opinion issued February 13, 2003







 






In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01218-CR

____________


DANNY GARCIA, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 8

Harris County, Texas

Trial Court Cause No. 1123337






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the above-referenced appeal in the trial
court. According to the Texas Rules of Appellate Procedure, motions to dismiss in
criminal cases are to be filed in the appellate court. See Tex. R. App. P. 42.2(a). 
However, the motion is in writing and signed by appellant, as the rule requires. The
motion states, among other things, that appellant "made this choice voluntarily and
knowingly, and on the advice of counsel." In addition, the motion to dismiss is
included in the clerk's record which is certified as true and correct by the Harris
County District Clerk.

 We believe that good cause exists to suspend the operation of Rule 42.2(a)
in this case, as to the requirement that a motion to dismiss an appeal be filed with the
appellate court clerk, in accordance with Rule 2. See Tex. R. App. P. 2. We have not
yet issued a decision. Accordingly, the appeal is dismissed. 

 The clerk of this Court is directed to issue mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.